**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2062**

_____

RONALD SATISH EMRIT,

        Plaintiff - Appellant,

    v.

UNIVERSITY OF VIRGINIA DARDEN SCHOOL OF BUSINESS; ADAMS & GARTH; NAACP; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; DEPT. OF JUSTICE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:23-cv-00977-TDC)

_____

Submitted:  January 30, 2024                     Decided:  February 2, 2024

_____

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Satish Emrit, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil complaint for lack of standing pursuant to 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Emrit v. Univ. of Va. Darden Sch. of Bus.*, No. 8:23-cv-00977-TDC (D. Md. Sept. 27, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*